IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON

*Electronically Filed*

| | |
|---|---|
| ELK HORN FARM LLC and STEVE COLEMAN<br><br>Plaintiff,<br><br>v.<br><br>TRAVELERS INDEMNITY COMPANY OF AMERICA<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) CAUSE NO. _____<br>)<br>) Removed from Fayette Circuit Court<br>) Civil Action No. 24-CI-00862<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Comes the Defendant, Travelers Indemnity Company of America, (hereinafter "Travelers"), by counsel, and for its Notice of Removal of this lawsuit to the United States District Court for the Eastern District of Kentucky, Central Division at Lexington, hereby states as follows:

1. Travelers is the named defendant in the lawsuit filed by Elk Horn Farm LLC and Steve Coleman (hereinafter "Plaintiffs") in Fayette Circuit Court, Fayette County, Kentucky designated as Case Number 24-CI-00862. Travelers was served with the Plaintiff's Complaint on March 7, 2024. A copy of the Summons, Complaint and Service of Process documentation are attached hereto as **Exhibit 1** (**State Court Record**), as required by 28 U.S.C. § 1446(a). These are the only pleadings directed to or filed by Travelers in this action.

2. This is a civil action arising from alleged damage to Plaintiffs' real property following an alleged weather event on or about March 3, 2023 in Fayette County, Kentucky. On information and belief, Plaintiff alleges wind-related damage to multiple buildings for which Plaintiffs seek approximately $296,000 under an insurance policy issued by Travelers under Policy

No. 700-2J934403-TIA-22 for the policy period of March 20, 2022 to March 20, 2023 ("Policy"). The Complaint asserts claims for breach of contract, common law bad faith and statutory bad faith. It seeks damages in the form of insurance proceeds, interest, and attorney fees.

3. Upon information and belief, Plaintiff Elk Horn Farm LLC is a limited liability company formed under the laws of the Commonwealth of Kentucky. **Exhibit 2 (Printout from Kentucky Secretary of State's Website).** For purposes of diversity jurisdiction, an unincorporated association (including LLCs) has the citizenship of each member. Upon information and belief, the members of Elk Horn Farm LLC are Steve Coleman and Richard Roy. Upon information and belief, Steve Coleman and Richard Roy are now and were at all times relevant hereto, including at the time of filing of this Notice of Removal and at the commencement of Civil Action No. 24-CI-00862, citizens and residents of the Commonwealth of Kentucky. Upon information and belief, Coleman and Roy intend to remain as residents of the Commonwealth of Kentucky.

4. Travelers is now and was at all times relevant hereto, including at the time of filing of this Notice of Removal and at the commencement of Civil Action No. 24-CI-00862, organized and incorporated under the laws of the state of Connecticut and maintains a principal place of business in Connecticut. **Exhibit 3 (Printout from Website of Kentucky Department of Insurance)**. Travelers is not now nor was it at the time of the events referenced in the Plaintiff's Complaint incorporated in the state of Kentucky nor did it have a principal place of business or "nerve center" in the state of Kentucky.

5. Under 28 U.S.C. § 1332(c), Plaintiffs are citizens of Kentucky and Travelers is a citizen of Connecticut. Therefore, jurisdiction is proper because no Defendant is a citizen of the state of Kentucky.

6. This action is one over which the Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and § 1367 and is one that the Defendant may remove to this Court pursuant to 28 U.S.C. § 1441(a) because this is an action between citizens of different states.

7. Kentucky state court procedural rules prohibit parties seeking unliquidated damages from pleading a specific amount of alleged damages under KRCP 8.01(2). According to pre-suit correspondence submitted to Travelers, Plaintiffs seek insurance proceeds in a sum exceeding $296,000. Therefore, the amount in controversy clearly exceeds $75,000, exclusive of interest and costs.

8. This Notice is filed within thirty (30) days after receipt of the initial pleading setting forth the claim for relief in this action and the time for filing this Notice under the statutes of the United States has not yet expired.

9. This Notice is signed in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, the Defendant, Travelers Indemnity Company of America, by counsel, hereby notifies the Court of its removal of this action from the Fayette Circuit Court in Fayette County, Kentucky to the United States District Court for the Eastern District of Kentucky.

Respectfully submitted,

BARNES MALONEY PLLC

 */s/ Stephen C. Keller*
_____
Stephen C. Keller, Esq.
401 West Main Street, Suite 1600
Louisville, KY 40202
PH: (502) 625-1694
FAX: (502) 779-9349
skeller@sbmkylaw.com
*Counsel for Defendant, Travelers Indemnity Company of America*