UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| ELK HORN FARM LLC, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No. 5: 24-085-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| THE TRAVELERS INDEMNITY COMPANY OF AMERICA, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order entered July 2, 2024 [Record No. 10], the parties have tendered a proposed Agreed Order of Dismissal [Record No. 11] which has been docketed as a motion. Being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The parties' construed motion [Record No. 11] is **GRANTED**.

2. The jury trial previously scheduled for July 1, 2025, is **VACATED**.

3. All claims asserted by Plaintiffs Elk Horn Farm LLC and Steve Coleman against Defendant Travelers Indemnity Company of America are **DISMISSED**, with prejudice.

4. This action is **DISMISSED** and **STRICKEN** from the docket. The parties shall bear their respective costs, fees, and expenses.

Dated: August 1, 2024.

*Danny C. Reeves, Chief Judge*
United States District Court
Eastern District of Kentucky